## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Chase Ossinger, having been duly sworn, hereby depose and state:

### AGENT BACKGROUND AND INTRODUCTION

1. I am a Special Agent (SA) with Homeland Security Investigations (HSI), currently assigned to the Office of the Resident Agent-in-Charge, Bangor, Maine and have been a Special Agent with HSI since May of 2009. During my law enforcement career, I have received ongoing human trafficking training in the form of seminars, online trainings, and in person training at the Federal Law Enforcement Training Center, and I have participated in numerous human trafficking and child exploitation investigations. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. From my training and experience, I know that individuals are trafficked for several purposes. Some forms of human trafficking involve involuntary servitude, peonage, debt bondage and slavery. Victims are often trafficked by force, fraud, and/or coercion. I am familiar with the federal laws regarding human trafficking, including 18 U.S.C. §§ 1591 and 1594 (Sex Trafficking).

3. This affidavit is submitted in support of a criminal complaint charging Dahir MUKTAR with Attempted Sex Trafficking of a Child, in violation of 18 U.S.C. §§ 1591(a)(1), b(1) and 1594(a).

4. As described below, there is probable cause to believe that, on January 31, 2025, in and around Bangor, in the District of Maine, Dahir MUKTAR did knowingly attempt to, in and affecting interstate and foreign commerce, entice, obtain, solicit, and patronize by any means a person, knowing and in reckless disregard of the fact that the

1

person had not attained the age of 14 years and would be caused to engage in a commercial sex act.

5. This affidavit is based on my personal investigation and investigation by others, including federal and state law enforcement officials. The facts contained herein have also been obtained by examining data obtained in the course of the investigation as well as through other means.

## FACTUAL BACKGROUND

6. Beginning on or about January 30, 2025, law enforcement agents posted an advertisement (the "Advertisement") on a website commonly used to advertise commercial sex acts.[1] The Advertisement contained images of what appeared to be two young females and the following language:

> "Sweet & tight! Ready 2 have some fun!"
> "In town 4 a limited time only"
> "Cute & very petite girl that is tight from head to toe! Cum over to play with me!"
> "Text for donations. Incall only – safe and discrete location."

7. The Advertisement indicated that the person who would perform commercial sex acts was 99 years old.[2] The Advertisement also contained a contact phone number (the "Advertisement Number"). Law enforcement agents monitored this line, and an undercover agent ("UC1") used it to communicate with potential sex buyers, including Dahir MUKTAR.

---

[1] Based on my training and experience, I know that the Internet is global network of computers, which is a means and facility of interstate commerce. I also know that the website on which the Advertisement was posted is viewable outside of Maine.

[2] The law enforcement agents used a website that is known for containing prostitution advertisements but requires users to be at least 18 years old. Based on my training and experience, I know that this website and others like it have been used by traffickers to advertise the commercial sex acts of children under the age of 18.

2

8.      On or about January 31, 2025, at approximately 4:23 pm, the Advertisement Number received a text message from a phone number ending in 6302 (hereinafter "6302") in response to the Advertisement. Thereafter, a text conversation between UC1 and the user of the 6302 number ensued. UC1 stated that she had two minor girls—ages 11 and 13 years old—available to perform sex acts in exchange for money. The user of the 6302 number agreed to pay $300.00 to have sex with both of the girls:[3]

| | |
|---|---|
| **6302** | **Hey gorgeous looking?** |
| UC1 | hey hun i have two girls if ur interested |
| **6302** | **Cool. What is ur rates?** |
| UC1 | depends onthe girl. liv is 11 nd sophia is 13 |
| **6302** | **Give me the rates for both plz** |
| UC1 | hr 300 hh 150 qv 100 no anal w the little one |
| **6302** | **Is that for both of them?** |
| UC1 | separate. if u want them together hh 200 hr 400 |
| **6302** | **Hh 200 sounds good 👍 with both.** |
| UC1 | what time u wanna come |
| **6302** | **Send me the address so I can tell you the ETA?** |
| UC1 | bangor |
| **6302** | **I know. I ment, where about in Bangor!** |
| UC1 | burger king union street. txt me when u get there n ill give u the hotel once i kno ur not a cop |

---

[3] Photographs sent did not depict an actual minor. I know, based on my training and experience, that "hh" stands for "half hour" and "hr" is an abbreviation for "hour." I know, based on my training and experience, that "QV" stands for "quick visit" or a 15-minute visit.

| | |
|---|---|
| **6302** | **K** |
| UC1 | eta so i can have them ready |
| **6302** | **Just a questions are gonna be like in the room. Also can you for $300 for hr?!** |
| UC1 | just u n the girls. illl give u a key to the room. nd sure if u can be here in the next 30 min ill give it to u at that price |
| **6302** | **I am coming from Auburn is gonna like 1:45 minutes before I get there.** |
| UC1 | ok ill put u for 7 i just have someone booked just before u |
| **6302** | **Okay 👍 7 works better works actually.** |
| UC1 | i got u down. txt me when u get to the address. |
| **6302** | **Bet sounds good** |
| **6302** | **Multiple cum in one session is good right?** |
| UC1 | w/e u wanna do its ur time. just no anal for the little one. other one is good |
| **6302** | **How does this work, do the money to the girls? Walk through the process.** |
| UC1 | ill meet u. u will show me the money. ill give u the key to the room. u pay when u leave |
| **6302** | **Okay 👍** |
| **6302** | **Getting close** |
| UC1 | okay hun |
| **6302** | **Is everyone ready** |
| UC1 | they will b |
| **6302** | **Okay 👍** |
| **6302** | **On union where to from here** |

4

| | |
|---|---|
| UC1 | ok [address of hotel given to 6302] around back flash ur lights when u park |
| **6302** | **Okay** |
| **6302** | **Am here** |

9.  As seen in the above chats, UC1 provided 6302 the address of a hotel in Bangor, Maine (the "Hotel").[4] Shortly thereafter, MUKTAR arrived at the Hotel in a blue, 2023 Ford Escape with Maine license plate 601JTD. At the Hotel, there was another undercover agent, UC2, who was posing as the person who posted the Advertisement and the user of the Advertisement Number. MUKTAR pulled his vehicle into back area of the parking lot of the Hotel and flashed his car lights. UC2 walked to MUKTAR's car and spoke with him. UC2 confirmed with MUKTAR that he was there to have sex with two minor girls and the amount of money. UC2 gave MUKTAR a key to the hotel room and provided the hotel room number.[5] MUKTAR accepted the key from UC2.

10. Law enforcement then arrested MUKTAR and took him into custody. The defendant had one phone on his person and one phone in the vehicle.

11. In the course of the investigation, agents came to suspect that MUKTAR had been messaging the Advertisement using a different number ending in 1626 (hereinafter "1626").

12. At approximately 4:08 pm, a text conversation between UC1 and the user of the 1626 number ensued. UC1 stated that she had two minor girls—ages 11 and 13

---

[4] This is not a complete transcript of messages between UC1 and 6302. The most relevant messages have been included in this affidavit.
[5] This conversation was recorded.

years old—available to perform sex acts in exchange for money. The user of the 1626 number agreed to pay $200.00 to have sex the 13-year-old:

| | |
|---|---|
| **1626** | **Hey are you available for some fun** |
| UC1 | hey i have 2 girls theyre 11 and 13 if ur interested |
| **1626** | **What like 11 and 13 years old?** |
| UC1 | yea |
| **1626** | **I am interested in the girl in the pic. I got pic of them** |
| **1626** | **U*** |
| UC1 | yea thats them. theyre my daughters |
| UC1 | u like black shirt or gray shirt? |
| **1626** | **Black shirts** |
| UC1 | thats sophia shes 13 |
| **1626** | **I didn't get the pic** |
| UC1 | its in the ad |
| **1626** | **Where are you located?** |
| UC1 | bangor |
| **1626** | **I need to see more pics.** |
| **1626** | **How I know this is of a set up?** |
| **1626** | **Not*** |
| **1626** | **??** |
| UC1 | not a set up. was getting pics for u |
| UC1 | [picture sent] |
| UC1 | [picture sent] |
| **1626** | **Are in doing incall at a hotel?** |

6

| | |
|---|---|
| UC1 | yea |
| **1626** | **Okay cool send me address.** |
| UC1 | ok u want sophia then? |
| **1626** | **Yea.** |
| UC1 | ok hr is 300, hh 150 or qv 100 |
| **1626** | **Are you cool with $200 for hr?** |
| UC1 | yea thats fine |
| **1626** | **Is 2 pop okay 👍. How $250 for both, cash ofc!** |
| UC1 | the other is busy. sophia is good for 200 at 530 |
| **1626** | **Okay. Is the 2 pop okay tho?** |
| UC1 | yea but bare is extra 50 |
| UC1 | you good for 530? |
| **1626** | **Sorry currently working in Houlton won't be there till like 8:30.** |
| UC1 | ok thats fine hun. i can put u down for sophia 200 at 830 then |
| **1626** | **Are you a cop** |
| **1626** | **??** |
| UC1 | no are you?? wtf |
| **1626** | **No, just checking!** |
| UC1 | ok |
| **1626** | **Are you there dad or mom. Aren't afraid someone might report you?** |
| UC1 | im there mom nd yea but im making money for them n thats why i confirm things so i know ur real |

7

| | |
|---|---|
| **1626** | **Why won't you join the fun too?** |
| UC1 | i make more money w the girls |
| **1626** | **So am I meeting you at the Burger King or at the hotel?** |
| UC1 | burger king? |
| UC1 | wym burger king |
| **1626** | **Oops sorry sent it to the wrong person!** |
| **1626** | **Sent me address almost getting out if work soon.** |
| UC1 | in bangor. ill give u the address when ur closer since ur in houlton |
| **1626** | **Do you have condoms there** |
| UC1 | we dont provide but if u wanna get some u can. bare is extra 50 |
| **1626** | **I will get some** |
| UC1 | ok hun |
| UC1 | u still good for 830 |
| **1626** | **Yes** |
| UC1 | ok |

13.    Investigators believe that MUKTAR may have been the user of both the 6302 and 1626 numbers based on the following observations. The number ending in 1626 began messaging the Advertisement at approximately 4:08 pm. During the conversation, the user of 1626 informed UC1 that he was working in the Houlton, Maine area and would be able to meet up in Bangor at approximately 8:30 pm. At approximately 5:30 pm, the user of 1626 says, "So am I meeting you at the Burger King or at the hotel?" even though Burger King was never mentioned in the chat with 1626 at any time. At approximately 6:05 pm, the user of 1626 clarified that he would still be

able to make his scheduled time of 8:30 pm. The 6:05 pm chat was the last chat from 1626.

14. The user of phone number ending in 6302 began messaging the Advertisement at approximately 4:23 pm. During that conversation, the user of 6302 informed UC1 that he was coming from Auburn and would have a one hour and forty-five-minute drive to Bangor. At approximately 4:44 pm, UC1 informed 6302 that he should travel to Union Street Burger King and contact the Advertisement once he arrived there.

15. Based on the observations that the two conversations occur in a similar time frame, the travel time of approximately one hour and forty five minutes is the same travel time from either Auburn (Northbound up to Bangor) or Houlton (Southbound down to Bangor), the fact that 1626 asked about Burger King even though he was not instructed to travel to Burger King, but 6302 was, and the fact that all communications with 1626 ended at 6:05 pm and no one showed up to the scheduled 8:30 pm appointment after MUKTAR was arrested at 7:10 pm. Based on the foregoing, it is believed that MUKTAR is the user of both phone numbers ending in 6302 and 1626.

## CONCLUSION

13. Based on the foregoing, I respectfully submit that there is probable cause to support a criminal complaint charging Dahir MUKTAR with attempted sex trafficking of a minor, in violation of Title 18, United States Code, Sections 1591(a)(1), b(1) and 1594(a) (attempted sex trafficking of a minor).

I, Chase Ossinger, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under pains and penalties of perjury.

_Chase Ossinger_
Chase Ossinger, Special Agent, HSI

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Feb 01 2025

City and state: Bangor, ME

_Judge's signature_

John C Nivison U.S. Magistrate Judge
_Printed name and title_