UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:25-cr-00041-SDN |
| | ) | |
| DAHIR MUKTAR, | ) | |
| | ) | |
| Defendant | ) | |

### **Written Jury Voir Dire**

Questions about various experiences you may have that might be relevant to the issues that could be raised in the case are being asked on this questionnaire, rather than in the courtroom, to protect your privacy and to allow for a more efficient jury selection process.  The information on this questionnaire will only be viewed by the judge and attorneys involved in the case and will only be used for the purpose of jury selection.  Please read each question carefully and give a complete and accurate answer.  Thank you for your cooperation.

**JUROR NAME AND JUROR NUMBER (Please print):**

_____

1. Do you believe that the mere fact that the Government has charged a person with a crime means that the person is guilty of the crime?

    YES  _____            NO  _____

2. In this case, the defendant is charged with the attempted sex trafficking of two minor females.  Have you or any of your close family members ever been a victim of sexual abuse as a minor (persons under the age of 18) or sex trafficking or attempted sex trafficking as a minor?

    YES  _____            NO  _____

3. Do you believe that prostitution should be legal in the United States?

    YES  _____            NO  _____

4. Under the law, a person charged with a crime is presumed to be innocent, and the Government must prove the person's guilt beyond a reasonable doubt for the jury to find the person guilty of the crime. Would you be able to apply the presumption of innocence and require the Government to prove the person's guilt beyond a reasonable doubt in this case in which the defendant is African American, a practicing Muslim, and a United States citizen who emigrated from Somalia (Africa) to the United States?

    YES  _____        NO  _____

5. Have you ever made a complaint about a person, or referred to a person in a derogatory way, based on that person's race, national origin, or religious beliefs?

    YES  _____        NO  _____

6. Would a person's race, national origin, or religious beliefs affect your assessment of the credibility or believability of the person's testimony?

    YES  _____        NO  _____

7. Do you believe that an African American person is more or less likely to commit a crime than any other person?

    YES  _____        NO  _____

8. Have you ever been a member of or supported a group or organization that has asserted a position on race or immigration?

    YES  _____        NO  _____

9. Have you or any of your close family members ever been the victim of a crime committed by a person of a different race or ethnic group such that the experience would prevent you from serving as a fair and impartial juror in this case?

    YES  _____        NO  _____

10. Would the fact that the defendant is African American, a practicing Muslim, and a United States citizen who emigrated from Somalia (Africa) to the United States affect in any way your ability to serve as a fair and impartial juror in this case?

    YES  _____        NO  _____

I affirm, under penalty of perjury, that I have given complete and honest answers to all the above questions.

Date:  _____        _____
                    Juror Signature                          Juror Number

2